UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DENTALEZ, INC., et al., | CASE NO. C25-1368JLR |
| Plaintiffs, | ORDER |
| v. | |
| FIRSTAR DENTAL COMPANY, | |
| Defendant. | |

Before the court are two motions filed by Plaintiffs on January 12, 2026: (1) a motion for an extension of the deadline to join additional parties (Mot. to Extend (Dkt. # 15)) and (2) a motion for leave to amend their complaint to join a new defendant and to assert additional causes of action (Mot. to Amend (Dkt. # 17)). Defendant Firstar Dental Company ("Firstar") did not respond to either motion. (*See generally* Dkt.) The court has reviewed Plaintiffs' submissions, the relevant portions of the record, and the governing law. Being fully advised, the court GRANTS Plaintiffs' motions.

ORDER - 1

1. **Motion for Extension.** Plaintiffs ask the court to extend the deadline to join additional parties from January 5, 2026, to January 12, 2026, the date they filed their motion to amend. (*See generally* Mot. to Extend.) They represent that discovery has revealed misconduct by proposed defendant Professional Sales Associates, Inc. ("PSA"). (*See id.* at 3-4.) The court takes Firstar's lack of opposition as an admission that Plaintiffs' motion has merit. *See* Local Rules W.D. Wash. LCR 7(b)(2). Because discovery does not close until February 1, 2027, there remains plenty of time for the parties to engage in discovery regarding the new defendant. (*See* Sched. Ord. (Dkt. # 14).) Therefore, the court GRANTS Plaintiffs' motion to extend the deadline to join additional parties (Dkt. # 15).

2. **Motion to Amend.** Plaintiffs seek leave to amend their complaint to join PSA as a defendant and to add a new claim for false advertising against both PSA and Firstar. (*See generally* Mot. to Amend; *see* Prop. Am. Compl. (Dkt. ## 17-2 (clean), 17-3 (redlined)).) Again, the court takes Firstar's lack of opposition as an admission that Plaintiffs' motion has merit. *See* Local Rules W.D. Wash. LCR 7(b)(2). Mindful that it "should freely give leave [to amend] when justice so requires[,]" Fed. R. Civ. P. 15(a)(2), the court GRANTS Plaintiffs' motion to amend (Dkt. # 17). Plaintiffs are ORDERED to file their amended complaint on the docket by no later than **February 12, 2026**.

Dated this 5th day of February, 2026.

_____
JAMES L. ROBART
United States District Judge

ORDER - 2