THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DENTALEZ, INC., a Delaware corporation, DENTALEZ ALABAMA, INC., an Alabama corporation, RAMVAC DENTAL PRODUCTS INC., a South Dakota corporation, and DTE OREGON, INC., an Oregon corporation,

Plaintiffs,

v.

FIRSTAR DENTAL COMPANY, a Washington corporation, and PROFESSIONAL SALES ASSOCIATES, INC., a Delaware corporation,

Defendants.

Case No. 2:25-cv-01368-JLR

**STIPULATION AND [PROPOSED] ORDER**

NOTE FOR CONSIDERATION: APRIL 20, 2026

## STIPULATION

WHEREAS, Defendant has been served with the summons and complaint and the current deadline to answer or otherwise plead in response to the complaint is April 17, 2026,

WHEREAS, undersigned counsel was recently retained to defend and has requested an extension of time to accommodate the current case load and a pre-planned vacation, and

WHEREAS, counsel for the plaintiff does not object to a two-week extension of time to accommodate the schedule of undersigned counsel, so long as it is provided an extra two weeks to respond to any motion that may be filed in response to the complaint.

STIPULATION AND [PROPOSED] ORDER- 1
No. 25-cv-01368-JLR

LOWE GRAHAM JONES PLLC

1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301

Dated this 20th day of April 2026.


LOWE GRAHAM JONES PLLC

/s/Mark P. Walters
Mark P. Walters, WSBA No. 30819
Lowe Graham Jones
1325 Fourth Avenue, Suite 1130
Seattle, WA 98101
Telephone:  206.381.3300
Facsimile:  206.381.3301
walters@LoweGrahamJones.com


Attorneys for Defendants Professional
Sales Associates, Inc.

BETTS, PATTERSON & MINES, P.S.

By: /s/ James D. Nelson
James D. Nelson, WSBA No. 11134
Betts, Patterson & Mines, P.S.
One Convention Place, Suite 1025
701 Pike Street
Seattle WA 98101-3927
Telephone: (206) 292-9988
Facsimile: (206) 343-7053
E-mail:  jnelson@bpmlaw.com


BLANK ROME LLP

By:/s/ James T. Smith
James T. Smith, pro hac vice
Blank Rome
LLP One Logan
Square
Philadelphia, PA 19103
Telephone:  (215) 569-5500
Email:  jim.smith@blankrome.com

Attorneys for Plaintiffs DentalEZ,
Inc., DentalEZ Alabama, Inc, Ramvac
Dental Products, Inc. and DTE
Oregon, Inc.

**STIPULATION AND [PROPOSED] ORDER**- 2
No. 25-cv-01368-JLR

## [PROPOSED] ORDER

In view of the parties' stipulation and for good cause shown, it is hereby ORDERED that Defendant shall answer or otherwise plead in response to the complaint by May 1, 2026.

_____
HON. JAMES L. ROBART
United States District Judge

Presented By:
LOWE GRAHAM JONES PLLC

/s/ *Mark P. Walters*
Mark P. Walters, WSBA No. 30819
Lowe Graham Jones
1325 Fourth Avenue, Suite 1130
Seattle, WA 98101
Telephone: 206.381.3300
Facsimile: 206.381.3301
walters@LoweGrahamJones.com
west@lowegrahamjones.com

**STIPULATION AND [PROPOSED] ORDER**- 3
No. 25-cv-01368-JLR

LOWE GRAHAM JONES PLLC
1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301