**Honorable James L. Robart**

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DENTALEZ, INC., a Delaware corporation, DENTALEZ ALABAMA, INC., an Alabama corporation, RAMVAC DENTAL PRODUCTS, INC., a South Dakota corporation, and DTE OREGON, INC., an Oregon corporation,<br><br>Plaintiffs,<br><br>v.<br><br>FIRSTAR DENTAL COMPANY, a Washington corporation, and PROFESSIONAL SALES ASSOCIATES, INC., a Delaware corporation.<br><br>Defendants. | NO. 2:25-cv-01368-JLR<br><br>STIPULATED MOTION AND ~~PROPOSED~~ ORDER FOR: (1) PLAINTIFFS TO FILE A MOTION TO COMPEL; AND (2) FIRSTAR DENTAL COMPANY TO FILE A MOTION FOR A PROTECTIVE ORDER<br><br>**NOTE ON MOTION CALENDAR: September 11, 2026** |



Betts
Patterson &
Mines, P.S.
7th & PIKE
Suite 1025
701 Pike Street
Seattle, Washington 98101
(206) 292-9988

## I. RELIEF REQUESTED

Pursuant to the Court's Minute Order dated September 8, 2026 (Dkt. 57), Plaintiffs DentalEZ, Inc., DentalEZ Alabama, Inc., Ramvac Dental Products, Inc., and DTE Oregon, Inc. (collectively, "Plaintiffs"), and Defendant Firstar Dental Company ("Firstar") (collectively, "Parties"), by their undersigned counsel, hereby request an order setting the following briefing schedule for Plaintiffs to file a Motion to Compel and for Firstar to file a Motion For a Protective Order:

| | |
|---|---|
| Motion to Compel – Opening Brief | September 17, 2026 |
| Motion For Protective Order – Opening Brief | September 23, 2026 |
| Motion to Compel – Opposition Brief | September 28, 2026 |
| Motion to Compel – Reply Brief | October 5, 2026 |
| Motion For a Protective Order – Opposition Brief | October 5, 2026 |
| Motion For a Protective Order – Reply Brief | October 12, 2026 |

## II. FACTUAL BACKGROUND

On September 1, 2026, the Parties left a voicemail with the Court indicating that a discovery dispute had arisen in the matter. The same day, the Court requested via email to the Parties that they first confer and then reply to the Court's email with a summary of the dispute's details. On September 2, 2026, the Parties provided that summary. Having reviewed the Parties' summary of the dispute, the Court ordered the Parties to submit cross-motion briefing on a motion to compel and a motion for protective order. *See* Dkt. 57. Pursuant to Local Civil Rule 7(k), the



Betts Patterson & Mines, P.S.
7th & PIKE
Suite 1025
701 Pike Street
Seattle, Washington 98101
(206) 292-9988

Court further ordered the Parties to meet and confer to agree upon a joint briefing schedule for those motions.

On September 10, 2026, the Parties conferred. Plaintiffs proposed simultaneous briefing. In response, counsel for Firstar advised that it: (1) will need to receive and review Plaintiffs Motion to Compel prior to filing a Motion For a Protective Order to ensure Firstar knows the nature and full extent of the issues and Plaintiffs' arguments so it can address all issues and arguments in its Motion For a Protective Order; and (2) anticipates needing to file declaration(s) in support of its Motion For a Protective Order signed by Firstar employees or representatives and, given the availability of those persons, Firstar will not be in a position to file a Motion For a Protective Order by September 17, 2026. Plaintiffs have no objection to the above, asynchronous schedule proposed by Firstar.

The Parties agree that, if the Court orders the Parties to comply with a briefing schedule that includes simultaneous exchanges of initial briefs, oppositions and reply briefs on the same days, the briefing schedule should begin no earlier than September 23, 2026

**III. CONCLUSION**

For these reasons, the Parties respectfully request the Court enter the above-referenced briefing scheduling.



Betts
Patterson &
Mines, P.S.
7th & PIKE
Suite 1025
701 Pike Street
Seattle, Washington 98101
(206) 292-9988

DATED this 14th day of September, 2026.

BETTS, PATTERSON & MINES, P.S.

By /s James D. Nelson
James D. Nelson, WSBA #11134
Betts Patterson & Mines, P.S.
7th & PIKE
701 Pike Street, Suite 1025
Seattle, WA 98101-3915
Phone: 206-292-9988
Email: jnelson@bpmlaw.com

BLANK ROME LLP

By /s James T. Smith, *pro hac vice*
James T. Smith, *pro hac vice*
Blank Rome LLP
One Logan Square
Philadelphia, PA 19103
Telephone: (215) 569-5500
Email: jim.smith@blankrome.com

By /s Ann E. Querns, *pro hac vice*
Ann E. Querns, *pro hac vice*
Blank Rome LLP
One Logan Square
Philadelphia, PA 19103
Phone: (215) 569-5500
Email: jim.smith@blankrome.com
Email: ann.querns@blankrome.com

Attorneys for Plaintiffs

KENNEDYS CMK LLP

By: *s/Christian T. Johnson*
Terri A. Sutton, WSBA #44842
Christian T. Johnson, WSBA #64638
Janine Peress
(Admitted *pro hac vice*)
Matthew Nelson
(*pro hac vice application* to be filed)
1420 Fifth Avenue, Suite 2200
Seattle, WA 98101
Tel. (564) 224-9101
Email: terri.sutton@kennedyslaw.com
christian.johnson@kennedyslaw.com
janine.peress@kennedyslaw.com
matthew.nelson@kennedyslaw.com

Attorneys for Firstar Dental Company

**[~~PROPOSED~~] ORDER**

Based on the foregoing, IT IS HEREBY ORDERED that Plaintiffs DentalEZ, Inc., DentalEZ Alabama, Inc., Ramvac Dental Products, Inc., and DTE Oregon, Inc. file a Motion to Compel and that Defendant Firstar Dental Company file a Motion For a Protective Order pursuant to the following briefing schedule:

| | |
|---|---|
| Motion to Compel – Opening Brief | September 17, 2026 |
| Motion For Protective Order – Opening Brief | September 23, 2026 |
| Motion to Compel – Opposition Brief | September 28, 2026 |
| Motion to Compel – Reply Brief | October 5, 2026 |
| Motion For a Protective Order – Opposition Brief | October 5, 2026 |
| Motion For a Protective Order – Reply Brief | October 12, 2026 |

IT IS SO ORDERED.

DATED: September 14, 2026

JAMES L. ROBART
UNITED STATES DISTRICT JUDGE



Betts
Patterson &
Mines, P.S.
7th & PIKE
Suite 1025
701 Pike Street
Seattle, Washington 98101
(206) 292-9988