UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DENTALEZ, INC., et al., Plaintiffs, v. FIRSTAR DENTAL COMPANY, et al., Defendants. | CASE NO. C25-1368JLR<br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Before the court is Plaintiffs DentalEZ, Inc., DentalEZ Alabama, Inc., Ramvac Dental Products, Inc., and DTE Oregon, Inc.'s (collectively, "DentalEZ") motion to compel discovery (MCD (Dkt. # 62)) and Defendant Firstar Dental Company's motion for protective order (MPO (Dkt. # 64)). In light of the court's October 20, 2026 order dismissing DentalEZ's Lanham Act, Washington Consumer Protection Act, RCW

19.86.020 *et seq*. and punitive damages claims with prejudice and without leave to amend; dismissing former Defendant Professional Sales Associates, Inc. from this action; and granting DentalEZ leave to add additional parties, the court ORDERS the parties to provide supplemental briefing addressing the pending motions. The supplemental briefs must clarify the extent to which the court's recent order narrows the scope of the pending discovery disputes, if at all. The parties must file their supplemental briefs by **Thursday, November 5, 2026**. The clerk is DIRECTED to renote the motion to compel (Dkt. # 62) and the motion for a protective order (Dkt. # 64) for November 5, 2026.

Filed and entered this 22nd day of October, 2026.

JOSHUA C. LEWIS
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk